FILED
2022 JAN 21 AM 9:49
CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CELSO LOPEZ,<br><br>                         Plaintiff,<br><br>v.<br><br>RACHEAL SNOW et al.,<br><br>                         Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:20-cv-95 JNP<br><br>District Judge Jill N. Parrish |

On September 30, 2021, the Court ordered Plaintiff to within thirty days show cause why the Complaint, [ECF No. 3], should not be dismissed with prejudice for failure to state a claim upon which relief may be granted. ECF No. 5. The Court set forth a detailed analysis explaining why each claim was invalid. *Id.*

Plaintiff did not respond. Indeed, the Order was returned to sender, marked, "Unable to Forward." ECF No. 6; *see also* DUCIvR 83-1.3(e) ("In all cases, counsel and parties appearing pro se must notify the Clerk's Office immediately of any change in address, email address, or telephone number."). And the Court has not received anything from Plaintiff since he submitted his Complaint nearly eighteen months ago.

Based on the analysis in the Order to Show Cause, [ECF No. 5], IT IS ORDERED that this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED January 21, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge